59 So.2d 688

**Bennie L. JACKSON and Silas Hubbert v. CITY OF MONTGOMERY.**

**3 Div. 949.**

Court of Appeals of Alabama.

June 10, 1952.

L. H. Walden and John N. McGee, Jr., Montgomery, for appellants.

D. Eugene Loe, Montgomery, for appellee.

HARWOOD, Judge.

Affirmed on authority of Freeman v. City of Montgomery, ante, p. 473, 59 So.2d 358.